DAVID A. HOAG, Respondent, v. THE BROCKWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DAVID A. HOAG, Respondent, v. THE MORNING SUN, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

STOKES BROTHERS, INCORPORATED, Appellant, v. CHARLES A. DREFS, JR., Respondent, Impleaded with Another.— Order modified by excepting therefrom the items conceded by defendant to be correct and further by providing that if any of the particulars required by the order cannot be given, that fact and the reason therefor shall be stated under oath, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v. JOHN KWIATKOWSKI, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of Buell v. Van Camp (119 N. Y. 160). The failure of the defendant to deny in his affidavit the fact of his confession, taken in connection with the other evidence in the case, is sufficient, we think, within the above authority. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

C. STARKWEATHER & SON, INCORPORATED, Respondent, v. EUGENE W. MAISCHOSS, as Surviving Partner of MEYERS LUMBER COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ELI SOBEL, Appellant, v. JOHN SATTLER and ADELINE SATTLER, Respondents. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY and PENNSYLVANIA RAILROAD COMPANY, Respondents, v. MILLARD F. RILEY, JR., Appellant, and METRO STATIONS, INCORPORATED, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER GILMAN, Respondent, v. EDGAR N. FOX, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LEO GILMAN, an Infant, etc., Respondent, v. EDGAR N. FOX, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE WOODSTOCK TYPEWRITER COMPANY, Respondent, v. A. EUGENE BOLLES and THE NEWARK COURIER, INCORPORATED, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.